IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY IMPERIAL,

    Plaintiff,

  v.

SF CITY AND COUNTY,

    Defendant.
_____/

No. C 08-05644 CW

ORDER ON DEFENDANT'S MOTION TO DISMISS

    On January 21, 2009, Defendant City and County of San Francisco filed a motion to dismiss Plaintiff Anthony Imperial's complaint to be heard on March 5. Plaintiff has not filed an opposition, which was due on February 12. Civil L.R. 7-3. Accordingly, the hearing scheduled for March 5 is vacated. Plaintiff must file an opposition or an amended complaint by February 26 or else his complaint will be dismissed for failure to prosecute. If Plaintiff files an opposition, Defendant's reply will be due March 5, and the matter will be heard on March 19 at 2:00 p.m.

    IT IS SO ORDERED.

Dated: 2/24/09

                                 CLAUDIA WILKEN
                                 United States District Judge