DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
KIMBERLY A. BLISS, State Bar #207857
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3861
Facsimile:      (415) 554-3837
E-Mail:          kimberly.bliss@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY IMPERIAL,<br><br>            Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>            Defendant. | Case No. C 08-05644 CW<br><br>**STIPULATED AND ORDER CONTINUING DEADLINE TO CONDUCT MEDIATION TO SEPTEMBER 25, 2009** |

On March 9, 2009, the Court referred the parties to court-sponsored mediation, which was to be completed by June 30, 2009. That same day, Defendant City filed a Motion to Dismiss the First Amended Complaint with prejudice.

On March 26, 2009, the Court appointed mediator Jeffrey Goldfien.

On April 14, 2009, the Court issued an order taking the Motion to Dismiss under submission, and taking the April 16, 2009 hearing on the Motion and the Case Management Conference off-calendar (Document 23).

The parties have met and conferred and agree that scheduling and participating in a mediation before the Court rules on the pending Motion to Dimiss (which could dispose of the entire case)

would likely be a waste of the mediator's and the parties' time and resources.  Accordingly, the parties request that the Court extend the parties' deadline for completing the mediation (in the event the case is not dismissed with prejudice) to and including September 25, 2009.  (Counsel for defendant will be out of the office July 9-17, 2009, and in trial July 27-August 14, 2009).  This will allow time after a ruling on the Motion to allow for the exchange of initial disclosures, the holding of a Case Management Conference and the holding of a pre-mediation telephone conference with the mediator.

       The Court-appointed mediator does not object to the parties' request for a continuance of the mediation deadline.

       IT IS SO STIPULATED.

Dated:  May 15, 2009                      DENNIS J. HERRERA
                                                City Attorney
                                                JOANNE HOEPER
                                                Chief Trial Attorney


                                         By:  /s/  Kimberly A. Bliss
                                              Kimberly A. Bliss

                                                Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO


Dated:  May 15, 2009                      LAW OFFICE OF JOHN E. STRINGER


                                         By:  /s/ John E. Stringer
                                             John E. Stringer

                                              Attorney for Plaintiff ANTHONY IMPERIAL

                                              Pursuant to General Order 45, §X.B., the filer of this document attests that she has received the concurrence of this signatory to file this document.

**ORDER**

Based on the above stipulation, and for good cause appearing, the deadline to conduct a mediation in this case is continued to and including September 25, 2009.

Dated:  5/21/09

_____
THE HONORABLE CLAUDIA WILKEN

Stipulated And [Proposed] Order To Continue Mediation
Case No. CV 08-5644 CW

3

c:\documents and settings\workstation\local settings\temp\notes95ec0b\stipulated and [proposed] order continuing deadline to conduct mediation to september 25, 2009.doc